**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HANAN HANANIA ELKOUBY,
Petitioner,
v.
ERNESTO SANTACRUZ, *et al.*,
Respondents.

Case No. 5:26-cv-02480-RAO

**JUDGMENT**

Pursuant to the Court's Order Denying Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is DENIED and this action is closed.

DATED: July 24, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE